## Benson, Sheriff, Appellant, *v.* Bradford County et al.

Argued May 18, 1937.  Before KEPHART, C. J., SCHAFFER, MAXEY, DREW, LINN, STERN and BARNES, JJ.

*Claude L. Roth,* with him *William M. Rosenfield, William P. Wilson* and *J. Roy Lilley,* for appellant.

*Wm. G. Schrier,* County Solicitor, for appellees.

PER CURIAM, June 25, 1937:
Judgment is affirmed on the opinion of Judge BALDRIGE, reported in 125 Pa. Superior Ct. 209.